of the state of New York, on the relation of Betsy Pullman, as, etc., against R. Fenton Seeley and others. No opinion. Order modified by striking therefrom the last clause, and inserting in lieu thereof, "with $50 costs and disbursements to the relator," and, as so modified, the said order is affirmed, with $10 costs and disbursements on this appeal. The costs herein specified are hereby awarded against the town of Waterloo.

PEOPLE ex rel. TERRY, Respondent, v. KETCHAM, County Clerk, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Proceedings by the people of the state of New York on the relation of Isaac G. Terry, against Solomon Ketcham, as county clerk of Suffolk county. No opinion. Appeal dismissed on argument, without costs, on the ground that the question presented is purely academic.

PEOPLE ex rel. WERNER v. WEST SIDE BROTHERLY LOVE CONGREGATION & BENEFIT SOCIETY. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Proceedings by the people of the state of New York, on the relation of Alexander Werner, against the West Side Brotherly Love Congregation & Benefit Society. J. Klein, for relator. M. D. Steuer, for respondent. No opinion. Judgment affirmed, with costs, with leave to the relator to withdraw demurrer on payment of costs in this court and in the court below. Order filed.

In re PERRY AVE. (Supreme Court, Appellate Division, First Department. January 11, 1907.) In the matter of Perry avenue. No opinion. Reargument ordered.

PERSONENI, Appellant, v. GOODALE, Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by Joseph Personeni against John McG. Goodale, individually, etc. H. A. Forster, for appellant. H. B. Johnson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PETERSON, Respondent, v. HUFF, Appellant. (Supreme Court, Appellate Term.) February 11, 1907.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by Marion F. Peterson against Earle P. Huff. From a judgment for plaintiff, defendant appeals. Affirmed. Charles LaRue, for appellant.

MacLEAN, J. Upon this appeal counsel for the defendant contends that evidence was improperly received, in contradiction of an express covenant to defend title in a bill of sale of chattels, referred to as plaintiff's Exhibit X, but not attached to the return, and made the basis of a counterclaim, to which the plaintiff was not required to make formal reply. Municipal Court Act, Laws 1902, p. 1541, c. 580, § 161. In view of the warranty of title ordinarily obtaining upon the sale of goods, whether it was stated in so many words or not in the bill of sale is, however, of no very material moment now, as there was sufficient evidence from which the trial justice might infer a subsequent waiver or modification by the parties in relation to certain articles admitted by counsel for the plaintiff to have been included in the bill of sale. The judgment should therefore be affirmed, with costs. Judgment affirmed, with costs. All concur.

PRINCE v. SCHLESINGER. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by Adolf Prince against Leo Schlesinger. No opinion. Motion granted. Order filed.

PTAK, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court Appellate Division, Fourth Department. January 30, 1907.) Action by Braunislaus Ptak, an infant, etc., against the Syracuse Rapid Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

In re QUAIL. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the Matter of Archibald J. Quail, as receiver in sequestration proceedings of the Conrad Eurichs's Brewery, and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re RAPID TRANSIT BOARD. (Supreme Court, Appellate Division, First Department. February 15, 1907.) In the matter of the Rapid Transit Board, Park avenue section. Order settled.

RAYMOND v. TIFFANY et al. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by Irving E. Raymond, as president, etc., against Louis C. Tiffany and others. A. F. Gotthold, for appellants. S. Bacon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

REIBENNACHT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Action by John Reibennacht, an infant, by Frank Reibennacht, his guardian ad litem, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment unanimously affirmed, with costs.

PARKER, P. J., not sitting.

REICHE v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. January 18, 1907.) Action by Lena H. Reiche, administratrix, etc., of Alfred F. Reiche, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

In re RICHARDSON. (Supreme Court, Appellate Division, First Department. January 25, 1907.) In the matter of Benjamin Richardson, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.